IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALAN HYDER
184 Reese Wilson Road
Belmont, NC 28012

    Plaintiff

v.                                    CASE NO.: _____

BARR CONCRETE, LLC
8420 Terminal Road
Lorton, VA 22079
    Serve:
      Michael C. Scroggs
      10721 Harley Road
      Lorton, VA  22079

    Defendant

## COMPLAINT

COMES NOW, the Plaintiff, Alan Hyder, by and through his attorneys, James S. Liskow and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and sues the Defendant, Barr Concrete, LLC, and as reasons therefore, says:

1. Plaintiff is an adult resident of Belmont, North Carolina.

2. Defendant is a limited liability company with its principal place of business in Lorton, Virginia.

3. That this Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

4. That all acts or omissions occurred in the District of Columbia, where venue is claimed.

## FACTS COMMON TO ALL COUNTS

5.  Plaintiff hereby adopts and incorporates all prior allegations as if set forth herein fully at length.

6.  That on or about August 3, 2015, Plaintiff was working as an electrical superintendent at a project for the construction of residential and mixed-use condominiums located at 25 Potomac Avenue in the Southeast Quadrant of the District of Columbia referred to as River Front project.

7.  That at or about the same time, Defendant was engaged as a concrete subcontractor at the River Front project.

8.  That Defendant installed temporary ladders throughout the project for the use and enjoyment of all contractors, subcontractors, materialmen and their respective employees, agents and/or servants employed at and/or otherwise performing work at the project.

9.  That on or about August 3, 2015, Plaintiff was inspecting electrical components installed by his employer.

10.  That Plaintiff proceeded to climb down a temporary ladder installed at the project by Defendant, when the top rung of such ladder came loose, causing Plaintiff to fall to the slab floor.

11.  That prior to Plaintiff's fall Defendant and/or its employees, agents and/or servants improperly installed, constructed, designed and/or damaged and/or otherwise failed to inspect the subject temporary ladder to ensure its safe use and/or warn about any danger posed by the ladder.

## COUNT I
*Negligence*

12. Plaintiff hereby adopts and incorporates all prior allegations as if set forth herein fully at length.

13. That Defendant owed Plaintiff a duty of care to ensure that its temporary ladders were properly installed, constructed, designed and/or free from damage and/or otherwise warn of any unsafe condition posed by such temporary ladders.

14. That Defendant breached its duties of care owed to Plaintiff in failing to ensure that its temporary ladders were properly installed, constructed, designed and/or free from damage and/or otherwise warn of any unsafe condition posed by such temporary ladders.

15. That as an actual and proximate cause of Defendant's negligence Plaintiff was caused to suffer and will continue to suffer from painful, debilitating and/or permanent injuries, has incurred and will continue to incur medical bills, has lost time and wages and will continue to lose time and wages from his usual vocation, and has endured and will continue to endure mental anguish.

16. That at no time did Plaintiff contribute to his harm or assume the risk of his injuries.

WHEREFORE, Plaintiff, Alan Hyder, demands judgment against the Defendant, Barr Concrete, LLC, of five millions dollars and no cents ($5,000,000.00), plus a separate award for costs of suit including reasonable attorney's fees, plus such other relief as this Honorable Court deems just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_/s/ James Liskow/MP w/perm_
James S. Liskow
D.C. Bar No. 501930
17251 Melford Boulevard
Suite 200
Bowie, MD 20715
Tel:    (301) 352-4950
Fax:    (301) 352-8691
jliskow@decarodoran.com

**JURY TRIAL DEMAND**

Plaintiff, by and through undersigned counsel, respectfully requests a trial by jury as to all matters herein.

_/s/ James Liskow/MP w/perm_
James S. Liskow